1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  Matthew Salazar, SBN 189043
   DONAHUE BATES BLAKEMORE & MACKEY
7  83 Scripps Drive, Suite 200
   Sacramento, CA 95825
8  Ph: (916) 648-7444
   Fax: (916) 648-7447
9
   Attorney for Defendants
10

11

12                     UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14  SHERIE WHITE,                    Case No. CIV.S-04-1392 LKK CMK

15       Plaintiff,

16  v.                               **ORDER OF DISMISSAL**

17  WENDY'S INTERNATIONAL, INC.;
    PACWEND, INC.; H AND K HOLDING
18  CORPORATION; and DOES 1 through 10,

19       Defendant.

20  _____

1 **ORDER**

2

3   IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-

4 04-1392 LKK CMK, is hereby dismissed with prejudice.

5

6 Dated: October 4, 2005        /s/Lawrence K. Karlton
                                United States District Court Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28